■ DAVID VELEZ, Plaintiff, v DIVISION NINE HOLDING CORP., Defendant. (And Third Party Actions.) DIVISION NINE HOLDING CORP., Third Third-Party Plaintiff-Respondent, v TULLY CONSTRUCTION CO., INC., Third Third-Party Defendant-Appellant. [861 NYS2d 614]—Order, Supreme Court, New York County (Paul G. Feinman, J.), entered January 22, 2008, which denied third third-party defendant's motion for summary judgment dismissing that third-party complaint, unanimously affirmed, without costs.

The motion sought to avoid third-party liability by defeating plaintiff's claim against defendant/third third-party plaintiff. In order to obtain dismissal of the third third-party complaint by this means, third third-party defendant should have moved for summary judgment on both the third third-party complaint and the main complaint by putting all interested parties on notice that it was seeking dismissal of both. In the absence of a motion properly seeking dismissal of the main action by third third-party defendant or any other party, the court properly declined to search the record for that purpose (*see Dunham v Hilco Constr. Co.*, 89 NY2d 425 [1996]; *Bridgehampton Natl. Bank v Schaffner*, 247 AD2d 351 [1998]). Concur—Tom, J.P., Mazzarelli, Gonzalez, Sweeny and DeGrasse, JJ. [*See* 18 Misc 3d 1122(A), 2008 NY Slip Op 50155(U).]